Moses Fainberg, on Behalf of Himself and All Other Stockholders of Metropolitan Technical Schools, Inc., Respondent, v. Vladimir M. Eitingon and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Joe Reich and Emily Buxton (Correct Name Emily Berliner), Appellants. The People of the State of New York, Respondent, v. David Rosen and Joe Reich, Appellants.— Judgments affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon, J., dissents and votes to reverse and dismiss the informations.

Lily-Tulip Cup Corporation, Appellant, v. Home Insurance Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Frances Dix and Louis Dix, Appellants, v. Scott Stewart, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Brooklyn Trust Company, Respondent, v. Twelve Hundred Madison Avenue Corporation and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Sandford Laundry, Inc., Appellant, v. Max J. Schneider, Respondent, Impleaded with Louis Simon, as Treasurer of the Laundry Workers Joint Board of Greater New York, Amalgamated Clothing Workers of America, etc., Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Estate of Herman Sielcken, Deceased. In the Matter of the Application of I. Gainsburg for an Order Pursuant to § 231-A of the Surrogate's Court Act to Have Fixed and Determined Compensation for Services Rendered by Him and for Payment Thereof Out of the Estate, I. Gainsburg, Petitioner, Appellant; Irving Trust Co., as Executor of Herman Sielcken, Deceased, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [176 Misc. 235.]

John T. Mullane, Appellant, v. John McKenzie, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse the determination of the Appellate Term and the judgment entered thereon and reinstate the judgment of the City Court. [176 Misc. 752,]

Rostenberg Associates, Inc., Respondent, Appellant, v. Joshua Sprayregen, Alexander Leitman, Isidore Wolff and Garth Chester Corporation, Appellants, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs of appeal as follows: to the defendants-respondents Sprayregen and Leitman against the defendant-appellant Wolff; to the plaintiff-respondent against the defendants-appellants Sprayregen, Leitman